IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEWIS D. BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>US ECOLOGY, INC., RICHARD BURKE,<br>E. RENAE CONLEY, KATINA DORTON,<br>GLENN A. EISENBERG, JEFFREY R.<br>FEELER, DANIEL FOX, MACK L.<br>HOGANS, RONALD C. KEATING, JOHN<br>T. SAHLBERG, and MELANIE STEINER,<br><br>    Defendants. | Case No. 2:22-cv-01053-JMY |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 18, 2022

**GRABAR LAW OFFICE**

By: *[signature]*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
267-507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*